UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

EMMITT PATTERSON,  :
                         Civil Action 02-6022 (WHW)
        Petitioner,  :
v.  :  ORDER
ROY L. HENDRICKS, et al.,  :
        Respondents.  :

    A petition for a writ of habeas corpus pursuant to 28 U.S.C. 2254, having been reinstated on April 15, 2009;

    IT IS on this 2nd day of JUNE, 2009

    O R D E R E D that the respondent(s) Roy L. Hendricks, et al., file an answer within 45 days of today's date, accompanied by a certified copy of all briefs, appendices, opinions, process, pleadings, transcripts and orders filed in the proceedings under attack, or such of them as may be material to the questions raised in the petition.

                                  S/William H. Walls
                                  United States Senior District Judge