# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

EMMITT PATTERSON
a/k/a EMMET PATERSON
    (Plaintiff)

v.

ROY L. HENDRICKS, et al
    (Defendant)

**PETITION FOR WRIT OF HABEAS CORPUS**

CIVIL ACTION NO. 02-6022 (WHW)

    It appearing that plaintiff **EMMITT PATTERSON a/k/a EMMET PATERSON (#276372/951577B)** is now confined at East Jersey State Prison in Rahway, NJ under the custody of Warden of said institution, and is the plaintiff in the above entitled case which will be brought to a Habeas hearing before the UNITED STATES DISTRICT COURT for the DISTRICT OF NEW JERSEY, commencing **November 4, 2009** at the United States Courthouse, 50 Walnut Street, Newark, New Jersey, at 10:00 a.m.

    It is **ORDERED** on this 28th day of October, 2009, a Writ of Habeas Corpus do issue.

_____
William H. Walls, U.S.S.D.J.

-----------------------------------------------------------------

**WRIT OF HABEAS CORPUS**    The United States of America to
                                         Warden of the East Jersey State Prison

    We Command that you have the body of **EMMITT PATTERSON a/k/a EMMET PATERSON (276372/951577B)** (by whatever name called or charged), now confined at East Jersey State Prison before the United States District Court at 50 Walnut St., Newark, New Jersey, commencing **November 4, 2009 at 10:00 a.m.** in the above matter. Immediately on the completion of the proceedings, the above will be returned to said place of confinement in a safe and secure conduct.

    Witness the HON. WILLIAM H. WALLS
    October 28, 2009

                                      WILLIAM T. WALSH, CLERK
                                      United States District Court
                                      by:_____
                                           Loretta Minott, Deputy Clerk