# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

EMMITT PATTERSON
a/k/a EMMET PATERSON
    (Plaintiff)                 :    **PETITION FOR WRIT OF HABEAS CORPUS**

v.                            :    CIVIL ACTION NO. 02-6022 (WHW)

ROY L. HENDRICKS, et al
    (Defendant)

It appearing that plaintiff **EMMITT PATTERSON a/k/a EMMET PATERSON (#276372/951577B)** is now confined at East Jersey State Prison in Rahway, NJ under the custody of Warden of said institution, and is the plaintiff in the above entitled case which will be brought to a Habeas hearing before the UNITED STATES DISTRICT COURT for the DISTRICT OF NEW JERSEY, commencing **January 27, 2010** at the United States Courthouse, 50 Walnut Street, Newark, New Jersey, at 10:00 a.m.

It is **ORDERED** on this 15th day of January, 2010, a Writ of Habeas Corpus do issue.

_____
William H. Walls, U.S.S.D.J.

---

**WRIT OF HABEAS CORPUS**        The United States of America to
                                             Warden of the East Jersey State Prison

We Command that you have the body of **EMMITT PATTERSON a/k/a EMMET PATERSON (276372/951577B) (by whatever name called or charged)**, now confined at East Jersey State Prison before the United States District Court at 50 Walnut St., Newark, New Jersey, commencing **January 27, 2010 at 10:00 a.m.** in the above matter. Immediately on the completion of the proceedings, the above will be returned to said place of confinement in a safe and secure conduct.

Witness the HON. WILLIAM H. WALLS
January 15, 2010

                                        WILLIAM T. WALSH, CLERK
                                        United States District Court
                                        by:_____
                                        Loretta Minott, Deputy Clerk